**FILED**

**10/06/2023**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Roger A.G. Sharpe, Clerk**

# COMPLAINT FORM

**(for filers who are prisoners without lawyers)**

(revised 4/19/2022)

## IN THE UNITED STATES DISTRICT COURT

FOR THE Southern DISTRICT OF INDIANA

IDIANAPOLIS

(Full name of plaintiff(s))

Christopher M. Hubbert

v.

(Full name of defendant(s))

Christopher Lane, Justin Arnholt
Captain Stillabower, O.I.C Harrison
O.I.C GREENE O.I.C NEWLAND
C.O. RAYburn C.O. Despain, Wicker

Case Number:

1:23-cv-01818-SEB-TAB

(to be supplied by clerk of court)

### A.    PARTIES

1.    Plaintiff is a citizen of Indiana , and is located at

(State)

Bartholomew County Jail 543 2nd St. Columbus, Indiana

(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2.    Defendant All Defendants listed above

(Name)

is (if a person or private corporation) a citizen of _Indiana_

(State, if known)

and (if a person) resides at _Barth. County Jail 543 2nd St._

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Bartholomew County Jail 543 2nd St._

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

The Plantiff Christopher M. Hubbert is an inmate at Bartholomew County Jail Since May 18th 2023, Mr. Hubbert IS Legally Blind, and has been being house in the Medical Unit that does not have Nor provide any Accessibility for Visual impairment. Several Grievences have been filed asking for assitance In daily Activities. Grievences Led to No changes or assistance Grievences were filed against all defendants listed above

Complaint - 2

C.    JURISDICTION

☒    I am suing for a violation of federal law under 28 U.S.C. § 1331.
                    OR

☐    I am suing under state law. The state citizenship of the plaintiff(s) is (are)
        different from the state citizenship of every defendant, and the amount of
        money at stake in this case (not counting interest and costs) is
        $_____.

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may
include an award of money or an order telling defendants to do something or
stop doing something.

Plaintiff Christopher M. Hubbert is seeking monetary
relief payment of a Total ammount equaling
$(63,0,000).⁰⁰    Asking each Defendant to Owe
$70,000⁰⁰ individually for damages occuring against Mr. Hubbert
Daily for over a 6 month period.

Complaint - 4

E.    JURY DEMAND

    ☒    Jury Demand - I want a jury to hear my case
                   OR

    ☐    Court Trial – I want a judge to hear my case

Dated this **3rd** day of **October** 20**23**.

Respectfully Submitted,

_____
Signature of Plaintiff

**127269**
_____
Plaintiff's Prisoner ID Number

**543 2nd St.**
**Columbus, IN. 472d**
_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.    **OPTIONAL CERTIFICATION**

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_____
Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE**

**FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.